**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| Dwight Freeman, | : | |
| Plaintiff | : | Civil Action 2:09-cv-00565 |
| v. | : | Judge Marbley |
| Director Terry Collins, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the July 13, 2011 Order, the Court DISMISSED this case for Plaintiff's failure to submit the entire $350.00 filing fee as required by the Magistrate Judge's March 24, 2011 Order.

Date:  **July 13, 2011**           **James Bonini, Clerk**

                              s/Betty L. Clark
                              Betty L. Clark/Deputy Clerk